**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00728-CR

**AMBROCIO CANO REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F06-62132-J**

## ORDER

On April 1, 2014, this Court ordered the Dallas County District Clerk to file a supplemental clerk's record containing the capias bearing the August 7, 2008 file-stamp within fifteen days. To date, we have not received the supplemental record nor has the District Clerk communicated with the Court regarding the status of the supplemental record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, within **TEN DAYS** of the date of this order, a supplemental record containing the capias bearing the August 7, 2008 file-stamp.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE